**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. PROCTOR, JR.,                          No. C 08-5503 MHP (pr)

        Plaintiff,                          **ORDER OF TRANSFER**

    v.

T. FELKER; et al.,

        Defendants.
_____/

     Richard L. Proctor, Jr., filed this <u>pro se</u> civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the High Desert State Prison in Susanville, California. Susanville is in Lassen County, and that county is within the venue of the Eastern District of California. Defendants are employed at High Desert State Prison and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

     IT IS SO ORDERED.

DATED: December 18, 2008

_____
Marilyn Hall Patel
United States District Judge